In the Matter of: WORK CONSTRUCTION COMPANY, INCORPORATED, Debtor

Magnificent Eight, L.L.C., Appellant

v.

Work Construction Company, Incorporated, Appellee.

No. 10–30868.

United States Court of Appeals, Fifth Circuit.

May 2, 2011.

Jose Carlos Mendez, Esq., La Nasa, St. Angelo & La Nasa, L.L.C., New Orleans, LA, for Appellant.

Phillip K. Wallace, Esq., Mandeville, LA, for Appellee.

Before JONES, Chief Judge, and KING and BARKSDALE, Circuit Judges.

PER CURIAM: *

AFFIRMED. *See* 5th Cir. R. 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.